**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**
**CIVIL/FAMILY POST TRIAL**

**DATE: February 25, 2015**

**FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 3:10:06 PM
CHRISTOPHER A. PRINE
Clerk

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number-<u>**14-15-00010-CV**</u>*

*Trial Court Case Number:* <u>**2014-00497-CV**</u> _____

*Trial Court Number* <u>**61**st</u> **District Court**

_____

**Information from Trial Court Clerk**

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**X**_____ The clerk's record will not be filed by the original due date. (Please state reasons below) **Reason(s) See Below**

I believe I can file the clerk's record by _____, and I request 10 days extension.

**X**____ Appellant has not made payment arrangements. **Record Costs and Balance Due is $160.00.**
**X**____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS


BY: <u>/s/ PHYLLIS WASHINGTON</u>
    **PHYLLIS WASHINGTON, DEPUTY**

District Clerk's LetterOnReceipt NOAatt.wpd


**FEBRUARY 23, 2015**

**CARLOS A. LEON TBN#00794157**
THE LEON LAW FIRM P C
ONE SUGAR CREEK CENTER BLVD STE 980
SUGARLAND, TX 77478
**PH: 281-980-4529**
**FX: 281-980-4530**

Re: No. 2014-00497                                       SENT VIA: FAX ONLY

**Dear Customer:**

This letter is to inform you of the balance, which represents the cost to our office of preparing, at your request, the **Original Clerk's Record** in the above numbered case. Rule (35.3) of the Texas Rules of Appellate Procedure requires that payment of this cost be remitted to our office prior to forwarding the clerk's record to the Court of Appeals.

| | | |
|---|---|---|
| **ORIGINAL CLERKS RECORD** | $160.00 | |
|    LESS DEPOSIT PAID | $0.00 | |
| | | |
| DELIVERED TO THE **14TH** COURT OF APPEALS | | |
| **BALANCE DUE** | **$160.00** | |

You may remit your payment in the form of attorney or law firm check, money order or cashier's check, payable to Chris Daniel, District Clerk, by mailing to: Chris Daniel, District Clerk, Attn: Civil/Family Post Trial, P.O. Box 4651, Houston, TX 77210-4651.

Payment also may be remitted in person at the following location: Chris Daniel, District Clerk, Civil/Family Post Trial, 201 Caroline, Room 250, Houston, TX 77002.

Please be informed that this correspondence is the only notice you will receive from this office regarding this payment.

                            CHRIS DANIEL,
                            CLERK DISTRICT COURT,
                            HARRIS COUNTY, TEXAS

                            BY: /s/ PHYLLIS WASHINGTON
                            **PHYLLIS WASHINGTON, DEPUTY**

AP1 R04-30-92